UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-MJ-1078-KS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICKY JAY BALL | ORDER |

On motion of the Defendant, Ricky Jay Ball, and for good cause shown, it is hereby ORDERED that [DE-10] be sealed until further notice by this Court. The grounds for this Order are found at [DE-10].

Accordingly, it is ORDERED that this document be filed under seal and remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED this 9th day of June 2017.

_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE